**96–1116.   State v. Lentz.**
Erie App. No. E–95–005.   Reported at 77 Ohio St.3d 1412, 670 N.E.2d 1001.   On motion for

reconsideration. Motion denied.

MOYER, C.J., RESNICK and STRATTON, JJ., dissent.